**MICHAEL N. FEUER**, City Attorney SBN111529x
**JAMES P. CLARK,** Chief Deputy City Attorney SBN 64780
**CORY M. BRENTE**, Senior Asst. City Attorney SBN115453
**GEOFFREY PLOWDEN**, Deputy City Attorney SBN146602
200 North Main Street, 6th Floor City Hall East
Los Angeles, California 90012
Email: geoffrey.plowden@lacity.org
Phone: (213) 978-7038  Fax No: (213) 978-8785

*Attorneys for Defendants* **CITY OF LOS ANGELES, NIALL BYRNE, and ROSALIE GARCIA**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN E. RODRIGUEZ,<br><br>*Plaintiff,*<br><br>v.<br><br>CITY OF LOS ANGELES, a public entity, ROBERT LUGO, NIALL BYRNE, ROBERT PEREZ, ROSALIE GARCIA, and DOES 1-9,<br><br>*Defendants.* | Case No. CV19-03985-DMG(PJW)<br><br>**ANSWER OF DEFENDANTS CITY OF LOS ANGELES, NIALL BYRNE, and ROSALIE GARCIA TO PLAINTIFF'S FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL** |

DEFENDANTS, **CITY OF LOS ANGELES**, **NIALL BYRNE, and ROSALIE GARCIA a**nswering the FIRST AMENDED COMPLAINT FOR DAMAGES, for themselves and for no other parties, admit, deny and allege as follows:

1. Answering paragraph 1, defendants deny the allegations contained therein.
2. Answering paragraph 2, defendants deny the allegations contained therein.
3. Answering paragraph 3, defendants deny the allegations contained therein.
4. Answering paragraph 4, defendants deny the allegations contained therein.
5. Answering paragraph 5, defendants deny the allegations contained therein.
6. Answering paragraph 6, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

7. Answering paragraph 7, no factual allegations are made therein, and on that basis the paragraph goes unanswered.
8. Answering paragraph 8, defendants admit the allegations contained therein.
9. Answering paragraph 9, defendants admit the allegations contained therein.
10. Answering paragraph 10, defendants lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.
11. Answering paragraph 11, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.
12. Answering paragraph 12, defendants deny the allegations contained therein.
13. Answering paragraph 13, defendants deny the allegations contained therein.
14. Answering paragraph 14, defendants deny the allegations contained therein.
15. Answering paragraph 15, defendants deny the allegations contained therein.
16. Answering paragraph 16, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.
17. Answering paragraph 17, defendants deny the allegations contained therein.
18. Answering paragraph 18, defendants deny the allegations contained therein.
19. Answering paragraph 19, defendants deny the allegations contained therein.
20. Answering paragraph 20, defendants deny the allegations contained therein.
21. Answering paragraph 21, defendants deny the allegations contained therein.
22. Answering paragraph 22, defendants deny the allegations contained therein.
23. Answering paragraph 23, defendants deny the allegations contained therein.
24. Answering paragraph 24, defendants deny the allegations contained therein.
25. Answering paragraph 25, defendants deny the allegations contained therein.
26. Answering paragraph 26, defendants deny the allegations contained therein.
27. Answering paragraph 27, defendants deny the allegations contained therein.
28. Answering paragraph 28, defendants deny the allegations contained therein.

29. Answering paragraph 29, defendants deny the allegations contained therein.
30. Answering paragraph 30, defendants deny the allegations contained therein.
31. Answering paragraph 31, defendants deny the allegations contained therein.
32. Answering paragraph 32, defendants deny the allegations contained therein.
33. Answering paragraph 33, defendants deny the allegations contained therein.
34. Answering paragraph 34, defendants deny the allegations contained therein.
35. Answering paragraph 35, defendants deny the allegations contained therein.
36. Answering paragraph 36, defendants deny the allegations contained therein.
37. Answering paragraph 37, defendants deny the allegations contained therein.
38. Answering paragraph 38, defendants admit the allegations contained therein.
39. Answering paragraph 39, defendants deny the allegations contained therein.
40. Answering paragraph 40, defendants deny the allegations contained therein.
41. Answering paragraph 41, defendants deny the allegations contained therein.
42. Answering paragraph 42, defendants deny the allegations contained therein.
43. Answering paragraph 43, defendants deny the allegations contained therein.
44. Answering paragraph 44, defendants deny the allegations contained therein.
45. Answering paragraph 45, defendants deny the allegations contained therein.
46. Answering paragraph 46, defendants deny the allegations contained therein.
47. Answering paragraph 47, defendants deny the allegations contained therein.
48. Answering paragraph 48, defendants deny the allegations contained therein.
49. Answering paragraph 49, defendants deny the allegations contained therein.
50. Answering paragraph 50, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.
51. Answering paragraph 51, defendants deny the allegations contained therein.
52. Answering paragraph 52, defendants deny the allegations contained therein.
53. Answering paragraph 53, defendants deny the allegations contained therein.

54. Answering paragraph 54, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.
55. Answering paragraph 55, defendants deny the allegations contained therein.
56. Answering paragraph 56, defendants deny the allegations contained therein.
57. Answering paragraph 57, defendants deny the allegations contained therein.
58. Answering paragraph 58, defendants deny the allegations contained therein.
59. Answering paragraph 59, defendants deny the allegations contained therein.
60. Answering paragraph 60, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.
61. Answering paragraph 61, defendants deny the allegations contained therein.
62. Answering paragraph 62, defendants deny the allegations contained therein.
63. Answering paragraph 63, defendants deny the allegations contained therein.
64. Answering paragraph 64, defendants deny the allegations contained therein.
65. Answering paragraph 65, defendants deny the allegations contained therein.
66. Answering paragraph 66, defendants deny the allegations contained therein.
67. Answering paragraph 67, defendants deny the allegations contained therein.
68. Answering paragraph 68, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.
69. Answering paragraph 69, defendants deny the allegations contained therein.
70. Answering paragraph 70, defendants deny the allegations contained therein.
71. Answering paragraph 71, defendants deny the allegations contained therein.
72. Answering paragraph 72, defendants deny the allegations contained therein.
73. Answering paragraph 73, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

74. Answering paragraph 74, defendants deny the allegations contained therein.
75. Answering paragraph 75, defendants deny the allegations contained therein.
76. Answering paragraph 76, defendants deny the allegations contained therein.
77. Answering paragraph 77, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.
78. Answering paragraph 78, defendants deny the allegations contained therein.
79. Answering paragraph 79, defendants deny the allegations contained therein.
80. Answering paragraph 80, defendants deny the allegations contained therein.
81. Answering paragraph 81, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.
82. Answering paragraph 82, defendants deny the allegations contained therein.
83. Answering paragraph 83, defendants deny the allegations contained therein.
84. Answering paragraph 84, defendants deny the allegations contained therein.
85. Answering paragraph 85, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.
86. Answering paragraph 86, defendants deny the allegations contained therein.
87. Answering paragraph 88, defendants deny the allegations contained therein.
88. Answering paragraph 88, defendants deny the allegations contained therein.
89. Answering paragraph 89, defendants deny the allegations contained therein.
90. Answering paragraph 90, defendants deny the allegations contained therein.
91. Answering paragraph 91, defendants deny the allegations contained therein.
92. Answering paragraph 92, defendants deny the allegations contained therein.
93. Answering paragraph 93, defendants deny the allegations contained therein.

# AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, defendant alleges each of the following:

1. The damages alleged were directly and proximately caused and contributed to by the **negligence of Plaintiff**, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.
2. The damages alleged were directly and proximately caused and contributed to by the **negligence of other persons**, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.
3. The action is barred for lack of standing to sue.
4. The action is barred by the doctrine of res judicata.
5. As to the federal claims and theories of recovery, the answering defendant is protected from liability under the doctrine of qualified immunity, because defendants conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.
6. The answering defendants are immune from liability for all damages sustained after the prosecutor initiated criminal charges, pursuant to Smiddy v. Varney, 803 F.2d 1469 (9th Cir. 1986), and Jackson v. City of San Diego, 121 Cal.App.3d 579 (1981).
7. As to the federal claims and theories of recovery, the answering defendants are protected from liability under the doctrine of prosecutorial immunity.
8. Defendants City of Los Angeles and all defendants sued in their official capacities are immune from the imposition of punitive damages.
9. Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:
10. Government Code, Section 815.2, 818, 818.8, 8202, 820.4, 820.8, 821.6, 822.2 and 845;

11. Civil Code, Section 43.55.

12. Penal Code, Section 847.

## DEMAND FOR JURY TRIAL

Defendants hereby demand and request a trial by jury in this matter.

**WHEREFORE**, defendants pray for judgment as follows:

    1.    That plaintiffs take nothing by this action;

    2.    That the action be dismissed;

    3.    That defendants be awarded costs of suit;

    4.    That defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

DATED: Sept. 5, 2019

**MICHAEL N. FEUER**, City Attorney
**JAMES P. CLARK,** Chief Deputy City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By: _____/s/ Geoffrey Plowden_____
      **GEOFFREY PLOWDEN**
      Deputy City Attorney

*Attorneys for Defendants* **CITY OF LOS ANGELES, NIALL BYRNE and ROSALIE GARCIA**