# EXHIBIT G (CORRECTED) TO DECLARATION OF JOHN WASHINGTON IN SUPPORT OF PLAINTIFF'S MEMORANDUM FOR EX PARTE APPLICATION FOR EVIDENTIARY SANCTION

   John Washington <jwashington.sshh@gmail.com>

---

### Borawick Time Sensitive

---

**John Washington** <JWashington@sshhlaw.com>   Wed, Jun 13, 2018 at 12:01 PM
To: Surekha Pessis <surekha.shepherd@lacity.org>
Cc: Catherine Sweetser <csweetser@sshhlaw.com>, Paul Hoffman <hoffpaul@aol.com>

Do you want to redact limited portions of the pages or is the position that they generally should be under seal?  Per the Local Rules I'm supposed to ask whether redactions are feasible before filing under seal.

I have read the declaration as to them not being OCR formatted.  I'd like to confer as to the matter so the picture of the system is a little clearer if that's OK.  ==One of the things we'd previously mentioned is whether there is any way to search through the documents electronically notwithstanding the documents are not retained in an OCRed PDF format. I understood that may be the case since the complaints appear retained in a proprietary software system and as such may not be retained or treated as OCRed PDFs, but for which there may be another way to identify text or (or better isolate the issues) through that software. I think we just wanted to have a better sense of the system as it is a little unclear.==  I'm happy to meet and confer about it a little more though and describe any concerns in more detail.


John Washington
Schonbrun Seplow Harris & Hoffman LLP
11543 West Olympic Boulevard
Los Angeles, CA 90064
310.396-0731
fax:310.399-7040
www.losangelesemploymentlawyer.com
www.sshhlaw.com


On Jun 13, 2018 6:44 AM, "Surekha Shepherd" <surekha.shepherd@lacity.org> wrote:
> Hi. I just saw your email.  I am fine with filing under seal.
>
> I assume you have read my declaration which provides I am informed that the closed investigations are not in a OCR format.
>
> I will respond further in relation to request nos, 2 and 5, as soon as possible.
>
> SAS
>
> On Tue, Jun 12, 2018 at 6:00 PM, John Washington <JWashington@sshhlaw.com> wrote:
>> Hi Surekha,
>>
>> I just wanted to confirm we have your permission to file Exhbiit C in the documents we sent you.  It appears confidential and subject to protective order, though it is effectively just the determination that the allegations in Ms. Borawick's case were classified as unfounded by IA.  I'd sent the exhibit previously but I just wanted to confirm we may file it.  Otherwise we'll have to go under seal and work it out that way.
>>
>>
>> --
>> John Washington
>> Schonbrun Seplow Harris & Hoffman LLP
>> 11543 West Olympic Boulevard
>> Los Angeles, CA 90064
>> 310.396-0731
>> fax:310.399-7040
>> www.losangelesemploymentlawyer.com
>> www.sshhlaw.com

**EXHIBIT B      PAGE 1**

PLEASE NOTE: This message, including any attachments, may include privileged and/or confidential information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

--

Deputy City Attorney Surekha A. Shepherd
Office of the City Attorney
Police Litigation Unit
200 N. Main Street-City Hall East
6th Floor
Los Angeles, CA 90012
(213) 978-7036 phone
(213) 978-8785 fax
Surekha.Shepherd@lacity.org

******************Confidentiality Notice *************************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachments without reading or saving in any manner.
******************************************************************