UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN E. RODRIGUEZ,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:19-cv-03985-FLA (SKx)<br><br>**ORDER GRANTING REQUEST TO TAKE CASE OFF CALENDAR DKT. [161] AND ORDER TO SHOW CAUSE** |

1

The case is taken off calendar and the summary judgment motion hearing, trial date, and pretrial deadlines are vacated. The court ORDERS the parties to submit a joint status report regarding settlement within sixty (60) days of this Order. The court further ORDERS the parties to Show Cause ("OSC") on Friday, November 5, 2021 at 1:30 p.m. in Courtroom 6B why the court should not dismiss this action due to the parties' settlement. The filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41 shall constitute a sufficient response to, and will discharge, this OSC.

Dated: August 25, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge